310

(No. 6296— )

SANDERS ASSOCIATES, INC., Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed January 11, 1972.*

SANDERS ASSOCIATES, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6298— )

R. V. MONAHAN CONSTRUCTION COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENTS OF GENERAL SERVICES and PUBLIC SAFETY, Respondent.

*Opinion filed January 11, 1972.*

EDWARD G. COLEMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.